IN THE COURT OF COMMON PLEAS - NORTHAMPTON COUNTY

CRAIG ALFORD
    PETITIONER

V.

WARDEN DAVID P EICHISHEN

DOCKET # _____

[ MONROE COUNTY COURT DOCKET #
   929-CR-2020 ]

FILED SCRANTON
OCT 19 2020
PER ___GUY T.___ DEPUTY CLERK

EMERGENT HEARING
WRIT OF HABEAS CORPUS

TO THE HONORABLE JUDGES OF SAID COURT:

    AND NOW, COMES CRAIG ALFORD, PRO SE PETITIONER, RESPECTFULLY ASK TO BE HEARD AND THE GRANT OF A WRIT OF HABEAS CORPUS AND GIVEN AN EMERGENCY HEARING BY (ACT) ADVANCE COMMUNICATION TECHNOLOGY, AND AVERS THE FOLLOWING IN SUPPORT THEREOF:

1.) PETITIONER WAS CHARGED WITH POSSESSION OF A WEAPON OUT OF MONROE COUNTY AND STATES A SELF-DEFENSE CASE OF HIS LIFE AND OTHERS...

2.) PETITIONER WAS PLACED IN MONROE COUNTY JAIL WITH AN EXCESSIVE BAIL (AS THE D.A. OFFICE ACKNOWLEDGE THIS IS A SELF-DEFENSE CASE) OF $100,000 CASH ON 6-7-20

3.) INFORMATION WAS FILED 6-29-20 AND PURSUANT TO PA. R. CRIM. P. §571(A) - ARRAIGNMENT WAS TO TAKE PLACE IN 60 DAYS... UNDER OBJECTION (NO GOOD CAUSE SHOWN OF CONTINUANCES REQUESTED) THE MONROE COUNTY COURT TRIED TO ARRAIGN 9-2-20 MORE THAN 8 TIMES THE LAWFUL MAXIMUM. ALSO CHALLENGED THIS STATE STATUTE (PA.R.CRIM.P. §571(A)) AS UNCONSTITUTIONAL TO 28 U.S.C. §2403(b) THAT IS AFFECTING THE PUBLIC INTEREST... DUE TO THIS DUE PROCESS AND EQUAL

1.

PROTECTION CLAUSE VIOLATION (SEE 14th AMENDMENT OF THE U.S. CONSTITUTION) SOUGHT DISCHARGE AS A U.S. CITIZEN WHO WAS DEPRIVED OF FEDERALLY PROTECTED RIGHTS, PRIVILEGES AND IMMUNITIES...

4.) THE ATTORNEY GENERAL JOSH SHAPIRO WAS ALSO NOTIFIED...

5.) PETITIONER FILED A GRIEVANCE, EXHAUSTED HIS REMEDIES WITH MONROE COUNTY AUTHORITIES, AND FILED A 1983 CIVIL RIGHTS COMPLAINT (CLASS ACTION) AS INMATES HAVE ALSO BEEN CONFINED IN EXCESSIVE CONFINEMENT TO PA.R.CRIM. P. §600(B)(1)(5), (C)(1)(5), WE SOUGHT REMEDY WHEN THE COURT FAIL ON SUCH ELSE, AND SOUGHT REDRESS FROM OUR GRIEVANCES...

6.) THERE IS NO LAW LIBRARY PURSUANT TO THE U.S. SUPREME COURTS DECISION SO I FILED A CIVIL RIGHTS COMPLAINT @ ALTORD v. HAIDLE, et al. #1:20-CV-1427 BECAUSE OF THESE DEFICIENCIES, NO TYPEWRITER, PRINTER, WORD PROCESSORS, NO WAY TO CONFIDENTIALLY PRINT LEGAL WORKS DONE BY HAND SO THIS 1983 FOLLOWED... BEFORE "THE HONORABLE JUDGE JOHN E. JONES III - CHIEF JUDGE U.S. DISTRICT COURT - MIDDLE DISTRICT (PA)... @ MONROE County...

7.) AS A CLASS PLAINTIFF'S SOUGHT 1983 FOR EXCESSIVE CONFINEMENT AND VIOLATION OF 6TH, 8TH AND 14TH AMENDMENT RIGHTS @ LORA, et al. V. BAYLOR, et al. #1:20-CV-1787.. THE "HON. JOHN E. JONES III - CHIEF FEDERAL JUDGE PRESIDING." SEEKING COMPENSATORY AND PUNITIVE DAMAGES FOR CIVIL RIGHTS VIOLATION... ALSO NOTIFIED IS (ACLU, U.S. DEPARTMENT OF JUSTICE, NAACP, JUDICIAL BOARD CONDUCT, FBI, INTERNAL AFFAIRS, MONROE COUNTY

COURTHOUSE... JUDGES FAILING TO UPHOLD THEIR OATH TO 42 Pa.C.S.A. §3151, JUDGES VIOLATING CANON'S (1) AND (2) RULES, LAWYERS NOT UPHOLDING THE RULES OF PROFESSIONAL CONDUCT, JUDGES ALLOWING PROSECUTORIAL MISCONDUCT AND COMMITTED CIVIL RIGHTS CRIMES (SEE 18 CRIMES AND CRIMINAL PROCEDURES...PART I CRIMES CHAPTER 13 - CIVIL RIGHTS, §241 CONSPIRACY AGAINST RIGHTS AND/OR 42 U.S.C.S. §1985 (1)(2)(3) - CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS) AS THESE AUTHORITIES CONSPIRE TO OPPRESS, INTIMIDATE, INJURE, THREATEN, ALL BECAUSE WE EXERCISED A CONSTITUTIONAL RIGHT AS U.S. CITIZENS BECAUSE WE WAS DEPRIVED, EITHER DIRECTLY OR INDIRECTLY OF A CLASS OF PERSONS THE EQUAL PROTECTION OF THE LAWS, VIOLATION OF DUE PROCESS (INFLICTED CRUEL AND UNUSUAL PUNISHMENTS, LAWYERS (P.D.?) NOT EVEN ACTING AS COUNSEL, THAT IF NOT FOR THEIR ERRORS OUR OUTCOME WOULD BE DIFFERENT (GROSS INEFFECTIVE ASSISTANCE OF COUNSEL) EXCESSIVE BAIL AND TO ACT IN FURTHERANCE OF CONSPIRACY WHERE PERSON OR PROPERTY OR DEPRIVED OF ANY RIGHT OR PRIVILEGES OF CITIZENS OF THE U.S. WAS UNCONSTITUTIONAL

8) TO FURTHER ADD INSULT TO INJURY, I WAS TRANSFERRED FROM "MUNROE COUNTY" TO "NORTHUMBERLAND COUNTY" WITHOUT DUE PROCESS AND MORE OF A "RETALIATORY TACTIC" BETWEEN BOTH WHERE NOW (AS I NEVER BEEN IN THIS COUNTY, NOR HAVE NO CHARGES/CRIMES HERE TRIES TO TRANSFER MY BODY TO THIS JAIL (AS I'VE BEEN UNPROBLEMATIC) AND ONLY EXCESSIZE OUR REBUTS TO THE COURT BY FILING PROPER PAPERS (CLERK OF COURTS NOT PUTTING FILINGS OR FILINGS TO Pa.R.CRIM.P. §576) AND THIS CROSS RETALIATION BECAUSE I WAS THE AUTHOR FOR THE CLASS AS WE HAVE DOCS FROM THE

3.

Hon. Judge John E Jones III and this retaliation is to impose us (intimidate) as some people are illiterate, know no law at all, and to illegally take my body from M.C.C.F. to Northampton County for unjust, uncalled for, unreasonable, unexplainable reasons but more to harass or injure (as Mr. Jones III is notified)... I respectfully ask this court to intervene, it's not the case either, and with writs of Habeas Corpus / 1983 civil rights complaints filed (and all in Monroe County and the U.S. District Court) I am out of jurisdiction. I have no right to be here at all so FX does not apply so I ask this court for the "grant" of a writ of Habeas Corpus for the Northampton County Sheriffs to "immediately" transfer me back to "Monroe County Jail - C-Pod Cell #32 Population", where I was at unproblematic and grant an emergency hearing to bring my body to the court to further explain and to submit documents showing and proving my confinement @ this jail is illegal, unconstitutional, and civil in nature...

Wherefore, petitioner prays, that this court (grant) a writ of Habeas Corpus, instruct Northampton County Sheriff's to return me to M.C.C.F. for this unjust violations of rights / retaliation today due to I am out of jurisdiction and my due process rights was violated. Or whatever this court deems just...

4.

By: Craig ?
10-12-20 Craig ?

## MONROE COUNTY PUBLIC DEFENDER
### 701 MAIN STREET, SUITE 301
### STROUDSBURG, PENNSYLVANIA 18360

**Telephone** (570) 517-3042    **Fax** (570) 517-3871    **Office Hours** 8:30 a.m. – 4:30 p.m.

| **ATTORNEYS** | | **INVESTIGATORS** |
|---|---|---|
| JAMES P. GREGOR, CHIEF | NOELLE WILKINSON | JOHN KOWALCZYK |
| JASON A. LABAR, DEPUTY CHIEF | JAMES FULLER | DOUGLAS LOCKARD |
| CHANDRA VITELLI BLEICE | ERIC CLOSS | |
| FREDERICK M. CUTAIO | GERALD BRUNELL | **PARALEGAL** |
| DAVID W. SKUTNIK | ROBERT BARCHIESI | LAUREN M. COCKLEY |

June 22, 2020

Mr. Alford,

[handwritten: 18 PA.C.S.A. §502 §505(a) READING STATUTE WRONG]

  While I understand your argument about self-defense, this section of 505 specifically says it does not apply to you.

(2.3) An actor who is not engaged in a criminal activity, **who is not in illegal possession of a firearm** and who is attacked in any place where the actor would have a duty to retreat under paragraph (2)(ii) has no duty to retreat and has the right to stand his ground and use force, including deadly force, if: [handwritten: DOES NOT APPLY...]

  As you were a person not to possess, you were in illegal possession of a weapon. Not knowing all facts with your case, I was going to attempt to get your "confession" thrown out. However, now that you insisted on testifying at your preliminary hearing, you have admitted to the MDJ and the DA that you were in possession of a gun. No matter what the reason, illegal possession is not covered under self-defense.

  If you were listening during the preliminary hearing I did ask if the Detective was able to make a determination as to who fired first. He did say your brother. He could not remember if you said you were protecting your girlfriend, but he did say yes others were present. [handwritten: SELF DEFENSE]

  So I was getting your self-defense position out to the court and to the District Attorney, however, unless I can find something more specific, the fact that you were in possession of the gun illegally negates your position.

  The District Attorney has stated:
The offer is an F-3 Possession F/A w/o a licenses, assuming he is a PRS 5, and an agreed sentence of 5 -10.
Your PRS is not a 5, I have been told you are a RFEL. Also, an F-3 has a max of 7 years so he cannot get 5-10. You would get a max sentence of 3 ½ - 7.
I will argue to him that because this is a self-defense case and defense of others that lowering to misdemeanor would be appropriate. But because of your PRS, it would still be 2 ½ -5, max for an M-1.

[handwritten margin notes: ATTORNEY DON'T KNOW THE LAW TO BRING IT UP TO HER; SELF DEFENSE; DA ADMIT IT'S SELF DEFENSE...]

If you want to go to trial and if a jury does ~~not think~~ [Attorney] you should be cleared because of the self-defense, you would be facing a 7 year minimum if convicted.

Respectfully,

Fred Cutaio
Assistant Public Defender

TAKE (2)

CRAIG ALFORD #30335
COUNTY OF NORTHAMPTON
**Northampton County Jail**
666 Walnut Street
Easton, Pennsylvania 18042

**INMATE MAIL** This correspondence is from a County Jail and the sender is an inmate. The contents have not been evaluated. Northampton County Jail is not responsible for the contents or debts incurred.

neopost
10/15/2020
US POSTAGE $000.65
FIRST-CLASS MAIL
ZIP 18042
041L12205006

THE HONORABLE JUDGE JOHN E. JONES III
CHIEF JUDGE
UNITED STATES DISTRICT COURT
235 N. WASHINGTON AVE.
P.O. BOX 1148
SCRANTON, PA 18501-1148

RECEIVED
SCRANTON
OCT 19 2020
PER _____ DEPUTY CLERK

18501$1148 B099