IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG ALFORD, | : | |
| Petitioner, | : | 1:20-cv-1922 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| WARDEN DAVID PENCHISHEN, | : | |
| Respondent. | : | |

### **ORDER**

### **January 25, 2021**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Petitioner's motions (Doc. 4, 5) to proceed *in forma pauperis* are GRANTED for the sole purpose of the filing of this action.

2. The petition for writ of habeas corpus (Doc. 1) is DEEMED filed and DISMISSED without prejudice. *See* R. GOVERNING §2254 CASES R. 4.

3. Petitioner's motion (Doc. 9) for an order granting him access to the law library is DENIED.

4. The Clerk of Court is directed to NOTIFY the Petitioner and CLOSE this case.

5. There is no basis for the issuance of a certificate of appealability. *See* 28 U.S.C. §2253(c).

6. The dismissal is without prejudice to Petitioner's right to pursue his civil rights claims in a properly filed civil rights complaint.

<u>s/ John E. Jones III</u>
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania